IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MORAN PHILADELPHIA, DIVISION OF MORAN TOWING CORPORATION, AS OWNER AND OPERATOR OF THE TUG CAPE COD | CIVIL ACTION NO. 14-7079 |

## ORDER

**AND NOW**, this 31st day of March 2016, upon consideration of the Motion for Partial Summary Judgment filed by Moran Philadelphia, Division Of Moran Towing Corporation ("Moran) (Doc. No. 33), and the Response in Opposition filed by Rhoads Industries, Inc. ("Rhoads") (Doc. No. 35), the Reply filed by Moran (Doc. No. 37), and in accordance with the Court's Opinion issued this day, it is **ORDERED** that Moran's Motion for Partial Summary Judgment (Doc. No. 33) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.